## CLEVELAND CRANE & ENGINEERING CO., Appellant, v. READING CHAIN & BLOCK CORPORATION, Appellee.

### No. 4238.

Circuit Court of Appeals, Third Circuit.
Feb. 11, 1930.

■

Joseph G. Denny, Jr., of Philadelphia, Pa., and Kwis, Hudson & Kent, of Cleveland, Ohio (A. J. Hudson, of Cleveland, Ohio, of counsel), for appellant.

Henry N. Paul and Henry N. Paul, Jr., both of Philadelphia, Pa., for appellee.

Before WOOLLEY and DAVIS, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM.

The decree (38 F.[2d] 236) is affirmed on the opinion of Judge Kirkpatrick.